UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:14-cv-717-F

| | |
|---|---|
| REGINALD HAGANS, Administrator of the Estate of Nijza Lamar Hagans, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAYETTEVILLE, A North Carolina municipal corporation; AARON LEE HUNT, individually and in his official capacity as a law enforcement officer with the Fayetteville (N.C.) Police Department; and DOES 1 through 25, inclusive, individually and in their official capacities,<br><br>Defendants. | **ORDER** |

Upon the motion of Defendants to seal Exhibits B, C, and D to their Appendix to Local Civil Rule 56.1 Statement of Material Facts on the grounds that the documents contain information made confidential by N.C. Gen. Stat. § 132-1.4 and that the documents are required to be filed under seal pursuant to the Consent Protective Order filed in this case;

AND IT APPEARING TO THE COURT good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that Defendants have demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be

1

sealed justify that they be sealed taking into account the competing interest in access;

AND IT APPEARING TO THE COURT that any alternatives to sealing are not adequate;

IT IS THEREFORE ORDERED that Defendants' Motion to Seal be GRANTED and Exhibits B, C, and D to their Appendix to Local Civil Rule 56.1 Statement of Material Facts submitted to this Court will be filed under seal.

SO ORDERED, this the 26th day of September, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT COURT JUDGE